J. S. HINSON, H. L. EVANS, CARL ROSE, JOHN COLBERT, R. S. WAL-
TERS AND J. A. LYONS v. THE BOARD OF COMMISSIONERS OF
YADKIN COUNTY, D. A. REYNOLDS, J. W. SHORE AND L. L. SMITH-
ERMAN, COMMISSIONERS.

(Filed 3 January, 1940.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not
sitting, the judgment of the lower court will be affirmed without becoming
a precedent.

APPEAL by defendants from *Ervin, Special Judge,* at Newland, N. C.,
6 July, 1939. Hearing on a restraining order, by consent, from YADKIN.
Affirmed.

*Barker & Hampton and Folger & Folger for plaintiffs.*
*Wm. M. Allen, Hoke F. Henderson, and David L. Kelley for de-
fendants.*

PER CURIAM. There is but a single question raised on this appeal:
Is chapter 525, Public-Local Laws of North Carolina, 1939, applicable
to Yadkin County and permitting, with a vote of the people, special
school taxes to be levied as therein provided, a violation of section 29,
Article II, N. C. Constitution, which declares that "The General Assem-
bly shall not pass any local, private, or special act or resolution . . .
establishing or changing the lines of school districts, . . ." and,
therefore, unconstitutional?

The Court being evenly·divided·in opinion, *Stacy, C. J.,* not sitting,
the judgment of the Superior Court is affirmed and stands as the decision
of this action without becoming a precedent. *Ins. Co. v. Stinson,* 214
N. C., 97.

The judgment of the court below is
Affirmed.